In the Matter of the Claim of NINA ANDRIEVSKY, Respondent, against HOUBIGANT, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award rests on the uncorroborated hearsay testimony of the deceased employee. Rhodes, McNamee and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent and vote to affirm.

In the Matter of the Claim of LEONARD NILSON, Respondent, against ARDSLEY LUMBER COMPANY, INC., and LUMBER MUTUAL CASUALTY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARIE SOHL, Appellant, against EUGENE W. DURKEE and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of EDNA GARRIBBA, Respondent, against YUNI COSTUME COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRED LEIZE, Respondent, against D. E. HORTON CONSTRUCTION COMPANY, FEDERAL MUTUAL LIABILITY INSURANCE COMPANY and/or (AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Its Successor, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of Claim of HENRY DUSKIN, Respondent, against CHARLES BENNETT IMPROVEMENT CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FREDERICK C. MENZ, Appellant, against WILLIAM L. SCHUPP & SONS and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted, with costs to the claimant against the employer and the insurance carrier to abide the event, on the ground that the claimant contracted lead poisoning within one year previous to the date of the disablement, Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to affirm.